# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:12-CR-00052 WBS
     )
LEONID YAKOVLEV

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **LEONID YAKOVLEV**

Detained at (custodian): **Rio Cosumnes Correctional Center**

Detainee is:    a.)    ☒ charged in this district by:
         ☒ Indictment      ☐ Information      ☐ Complaint
         Charging Detainee With: **Violations 18 USC §§ 1343, 1957**

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    ☒ return to the custody of detaining facility upon termination of proceedings
or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: **/s/ Jean M. Hobler**
Printed Name & Phone No: **Jean M. Hobler, 916-554-2700**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 21, 2012
Date      United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | None known | Male ☒ | Female ☐ |
| Booking or CDC #: | X-2266756 | DOB: | 12/02/71 |
| Facility Address: | 12500 Bruceville Road | Race: | |
| | Elk Grove, CA | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | Pending state charges re: fraud | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                        (Signature)

Form Crim-48          Revised 11/19/97