BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-CR-00052-WBS |
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER** |
| v. | |
| LEONID YAKOVLEV, | |
| Defendant. | |

WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this matter;

WHEREAS, the parties agree that entry of a stipulated protective order is appropriate; and

WHEREAS, the defendant Leonid Yakovlev has counsel who wishes the opportunity to review the discovery,

Defendant Leonid Yakovlev and Plaintiff United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.      This Order pertains to all discovery provided to or made available to Defense

1   Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

2       3.    Defense Counsel shall not disclose any of the discovery to any person other than

3   his client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in

4   the representation of his client.

5       4.    The discovery and information therein may only be used in connection with the

6   litigation of this case and for no other purpose.  The discovery is now and will forever remain the

7   property of the United States Government.  Defense Counsel will return the discovery to the

8   Government or certify that it has been shredded at the conclusion of the case.

9       5.    Defense Counsel will store the discovery in a secure place and will use reasonable

10   care to ensure that it is not disclosed to third persons in violation of this agreement.

11       6.    If Defense Counsel releases custody of any of the discovery, or authorized copies

12   thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients

13   with copies of this Order and advise that person that the discovery is the property of the United

14   States Government, that the discovery and information therein may only be used in connection

15   with the litigation of this case and for no other purpose, and that an unauthorized use of the

16   discovery may constitute a violation of law and/or contempt of court.   Defense Counsel shall not

17   release custody of any personal identifying or other sensitive information such as credit card

18   numbers to his client.  Defense Counsel shall take reasonable measures to ensure that personal

19   identifying information or other sensitive information such as credit card numbers are not

20   duplicated by his client or any other person for use outside of these proceedings.

21       7.    Defense Counsel shall be responsible for advising his client, employees, and other

22   members of the defense team of the contents of this Stipulation/Order.

23       IT IS SO STIPULATED.

24   Dated:  March 23, 2012            Respectfully submitted,

25

26                   BENJAMIN B. WAGNER
                United States Attorney

27             By:   /s/ Jean M. Hobler
                JEAN M. HOBLER

28                   Assistant U.S. Attorney

1

2                            By:     /s/ Bruce Locke

3                                       Bruce Locke
Counsel for Leonid Yakovlev

4

5                                        **ORDER**

6 IT IS SO FOUND AND ORDERED.

7

8 DATED:  March 27, 2012

9                                _Dale A. Drozd_

10                                DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11 Dad1.crim

12 Yakovlev0052.stipord.protect-ord.doc_____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28