1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   LEONID YAKOVLEV
5

6                IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-12-052 WBS
                                    )
9              Plaintiff,           )
                                    )   STIPULATION TO CONTINUE STATUS
10                                  )   CONFERENCE AND EXCLUDE TIME
       v.                           )   UNDER SPEEDY TRIAL ACT
11                                  )
   LEONID YAKOVLEV,                 )
12                                  )
               Defendant.           )
13 _____ )

14     IT IS HEREBY STIPULATED AND AGREED between the defendant, Leonid Yakovlev,
15 by and through his defense counsel, Bruce Locke, and the United States of America by and through
16 its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference presently set for May 14,
17 2012 at 9:30 a.m., should be continued to June 11, 2012 at 9:30 a.m., and that time under the Speedy
18 Trial Act should be excluded from May 14, 2012 through June 11, 2012.

19     The reason for the continuance is that the case is a fraud case that is somewhat complex.
20 There are over 5,000 pages of discovery and the discovery includes records of numerous financial
21 transactions. The defense needs additional time to review the discovery. Accordingly, the time
22 between May 14, 2012 and June 12, 2012 should be excluded from the Speedy Trial calculation
23 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense
24 preparation.   The parties stipulate that the ends of justice served by granting this continuance
25 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
26 §3161(h)(7)(A). Ms. Hobler has authorized Mr. Locke to sign this pleading for her.

27

28

29                                           1

DATED: May 9, 2012          /S/ Bruce Locke
                                     BRUCE LOCKE
                                     Attorney for Leonid Yakovlev

DATED: May 9, 2012          /S/ Bruce Locke
                                     For JEAN HOBLER
                                     Attorney for the United States

## ORDER

The status conference presently set for May 14, 2012 at 9:30 a.m., is hereby continued to June 11, 2012 at 9:30 a.m., and time under the Speedy Trial Act will be excluded from May 14, 2012 through June 11, 2012 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 10, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE