BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
LEONID YAKOVLEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-12-052 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| LEONID YAKOVLEV, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Leonid Yakovlev, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference presently set for February 25, 2013 at 9:30 a.m., should be continued to May 20, 2013 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from February 25, 2013 through May 20, 2013. The reason for the continuance is that the case is a fraud case that is somewhat complex. There are over 5,000 pages of discovery and the discovery includes records of literally tens of thousands of financial transactions forming the basis of the charges. The defense needs additional time to review the discovery. Additionally, the parties are attempting to resolve the case without a trial, the defendant requires additional time for review and analysis of the facts and further investigation, and the parties need additional time to exchange information.  Accordingly, the time between February 25, 2013 and May 20, 2013 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public

1

and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Hobler has authorized Mr. Locke to sign this pleading for her.

DATED: February 20, 2013          /S/ Bruce Locke
                                                  BRUCE LOCKE
                                                  Attorney for Leonid Yakovlev

DATED: February 20, 2013          /S/ Bruce Locke
                                                  For JEAN HOBLER
                                                  Attorney for the United States

ORDER

The status conference presently set for February 25, 2013 at 9:30 a.m., is hereby continued to May 20, 2013 at 9:30 a.m., and time under the Speedy Trial Act will be excluded from February 25, 2013 through May 20, 2013 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE