UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
SEP 16 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONID YAKOVLEV,<br><br>Defendant. | No. 2:12-cr-00052-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release LEONID YAKOVLEV Case No. 2:12-cr-00052-WBS, charge: 31 USC 5324(a)(1) and 31 USC 5317(c)(1), from custody for the following reasons:

 ____ Release on Personal Recognizance

 ____ Bail Posted in the Sum of $_____.

 _X_ Unsecured Appearance Bond of $100,000.00, co-signed by Natalia and Andrey Arteginko.

 __ Appearance Bond with 10% Deposit

 __ Appearance Bond with Surety

 __ Corporate Surety Bail Bond

 __ (Other):

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, California on September 17, 2014.

_____
UNITED STATES MAGISTRATE JUDGE