BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONID YAKOVLEV,<br><br>    Defendant. | CASE NO. 2:12-CR-52 WBS<br><br>STIPULATION TO UNSEAL PLEA AGREEMENT AND [PROPOSED] ORDER |

The United States of America, by and through its counsel of record, and defendant Leonid Yakovlev, by and through his attorney of record, Michael Bigelow, hereby stipulate as follows:

1. On September 15, 2014, defendant Yakovlev pleaded guilty to a one-count superseding information, pursuant to a written plea agreement. ECF No. 56. In accordance with this Court's policy at the time regarding the filing of plea agreements, the agreement was filed under seal.

2. On March 2, 2015, Yakovlev was sentenced by this Court. ECF No. 81. Subsequently, Yakovlev filed a notice of appeal. ECF No. 85.

3. The terms of the plea agreement are relevant to the resolution of Yakovlev's appeal. Accordingly, the parties request that the Court unseal the plea agreement to permit the government to file the plea agreement on the public docket of United States Court of Appeals for the Ninth Circuit.

IT IS SO STIPULATED.

Dated:  December 21, 2015     BENJAMIN B. WAGNER
                              United States Attorney

                              By:  /s/ BRIAN A. FOGERTY
                              BRIAN A. FOGERTY
                              Assistant United States Attorney

Dated:  December 21, 2015     /s/ MICHAEL BIGELOW
                              (Authorized by email 12/21/15)
                              MICHAEL BIGELOW
                              Counsel for Defendant
                              Leonid Yakovlev

## ORDER

The plea agreement is hereby ORDERED UNSEALED for all purposes.

Dated:  December 21, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE